1

2

3

4                                          JS-6

5

6

7

8                  UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10

11   CASSANDRA E. L.,                      Case No.  5:19-cv-01783-KES

12            Plaintiff,                    **JUDGMENT**

13        v.

14   ANDREW SAUL, Commissioner of
     Social Security,
15
              Defendant.
16

17

18
         IT IS HEREBY ADJUDGED that, for the reasons set forth in the
19
     Memorandum Opinion and Order, the decision of the Commissioner of the Social
20
     Security Administration is reversed and this matter is remanded for further
21
     proceedings consistent with the Opinion.
22

23
     DATED:  May 20, 2020
24

25   _____
                                    Karen E. Scott
26   KAREN E. SCOTT
     United States Magistrate Judge
27

28